**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| River Runners for Wilderness, et al., | ) | No. CV-06-0894-PCT-DGC |
| Plaintiffs, | ) | |
| vs. | ) | **JUDGMENT** |
| Stephen P. Martin, et al., | ) | |
| Defendants, | ) | |
| Grand Canyon River Outfitters, Association; Grand Canyon Private Boaters Association, | ) | |
| Defendant-Intervenors. | ) | |

For reasons stated in the Court's Order dated November 26, 2007 (Dkt. #90), Judgment is hereby entered in favor of Defendants and Defendant-Intervenors, and against Plaintiffs.

DATED this 27th day of November, 2007.

_David G. Campbell_
United States District Judge